**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

July 20, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Fiallos Nunez v. Acting Field Director, ICE*, No. 26-8370 (CCC)**
**Bond granted**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter brought by Petitioner Leonardo Alejandro Fiallos Nunez, challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE").

On July 10, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within seven (7) days. *See* ECF No. 3. On July 17, 2026, an immigration judge ("IJ") granted Petitioner's release from custody under bond of $3,500. *See* Ex. A, Bond Order. The IJ also determined, *inter alia*, that "Alternatives to Detention (ATD) such as electronic monitoring may be imposed at DHS discretion." *Id.* Respondents therefore respectfully request that the Court close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Leonardo Alejandro Fiallos Nunez (via U.S. Mail)
141 Duer Street
North Plainfield, NJ 07060

The Clerk's Office is directed to close this case.

SO ORDERED

*s/Claire C. Cecchi*

CLAIRE C. CECCHI, U.S.D.J.

Date: 7/22/2026